**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 19, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00259-CV

---

### IN RE Z&D GROUP, LLC AND AAMIR ZAIDI, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-79229**

---

## MEMORANDUM OPINION

On April 14, 2023, relators Z&D Group, LLC and Aamir Zaidi filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators challenge the April 5, 2023 temporary restraining order signed by the Honorable Beau Miller as ancillary judge of Harris County.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.